FILED

04/17/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0077

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0077

JOSEPH WAYNE MARSH,

     Petitioner and Appellant,

v.

STATE OF MONTANA,

     Respondent and Appellee.

## ORDER

Upon consideration Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including May 25, 2023, within which to prepare, file, and serve its response brief.

BF

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 17 2023